**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOZHGAN ASGHARI, and ASHKAN HAJI HOSSEINZADEH<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as U.S. Secretary of State, and<br><br>ERIN HOFFMAN, in their official capacity as Acting Director of Screening, Analysis, and Coordination<br><br>Defendants. | Case No. 2:24-cv-06055-MCS-MAR<br><br>**JUDGMENT** |

1  In accordance with the Court's Order granting Defendants Marco Rubio and Erin
2  Hoffman's motion to dismiss without leave to amend, it is hereby ordered, adjudged,
3  and decreed that judgment is entered on all claims in favor of Defendants and against
4  Plaintiffs Mozhgan Asghari and Ashkan Haji Hosseinzadeh. The petition is dismissed
5  without prejudice. Plaintiffs shall take nothing from their action against Defendants.

7  **IT IS SO ORDERED.**

9  Dated: January 23, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE